# MEMORANDA

OF

# CASES NOT REPORTED IN FULL.

In the Matter of the Application of the Common Council of the City of Brooklyn, in Relation to the Opening of North Thirteenth Street.

*Taking land for public use — when title passes — power to discontinue proceedings.*

In this State no title is acquired under proceedings to condemn land for a public use, until the confirmation of the report of the commissioners appointed to assess the damages for the taking thereof. (*Matter of Anthony Street*, 20 Wend., 618; *Matter of Widening Wall Street*, 17 Barb., 617; *Matter of Washington Park*, 56 N. Y., 144.)

Accordingly, where the common council of the city of Brooklyn, after the appointment of commissioners for the opening of a street therein, and before they had made their report, passed a resolution providing that all further proceedings for opening the street "be stayed until the further action of this board," *held*, that it was irregular for the commissioners to complete their report and present the same to this court for confirmation.

APPEAL from an order confirming the report of commissioners appointed to open North Thirteenth street, in the city of Brooklyn, from First street to the East river.

*Everett P. Wheeler*, for appellants.   *William C. De Witt*, corporation counsel, for city of Brooklyn.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Order confirming the report reversed with ten dollars costs.